# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134290-1 & (88)

MICHAEL SCHILS,
        Plaintiff-Appellant,

v

WASHTENAW COUNTY,
        Defendant-Appellee.

_____/

SC: 134290
COA: 273104
Washtenaw CC: 05-001400-CZ

MICHAEL SCHILS,
        Plaintiff-Appellant,

v

WASHTENAW COUNTY OFFICE OF
THE SHERIFF,
        Defendant-Appellee.

_____/

SC: 134291
COA: 273428
Washtenaw CC: 05-001278-CZ

      On order of the Court, the application for leave to appeal the December 13, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to extend time to file a reply is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

d0917

_Corbin R. Davis_
Clerk